705 A.2d 1213

IN THE MATTER OF G. ROBERT PATTERSON,
AN ATTORNEY AT LAW.

February 27, 1998.

## ORDER

**G. ROBERT PATTERSON** of **COLLINGSWOOD,** who was admitted to the bar of this State in 1990, and who was temporarily suspended from the practice of law by consent on May 20, 1996, and who remains suspended at this time, having been ordered to show cause why he should not be disbarred or otherwise disciplined on the basis of decisions of the Disciplinary Review Board concluding that respondent should be suspended from practice for a period of six months (DRB 96–363) and a consecutive period of two years (DRB 96–473 and 474), and a recommendation by the Disciplinary Review Board in DRB 97–098 that respondent be disbarred, said matters presenting multiple acts of misconduct in

violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.16 (failure to return client file and unearned retainer), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And respondent having failed to appear on the return date of the Order to Show Cause;

And good cause appearing;

It is ORDERED that **G. ROBERT PATTERSON** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **G. ROBERT PATTERSON** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.